TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00232 CV

Texas Department of Public Safety, Appellant

v.

Jose Humberto Vela, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT

NO. 96,08771, HONORABLE BOB PERKINS, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion for leave to have the Court of Appeals issue an opinion
to grant appellant's petition for writ of error, to reverse the December 19, 1996 order of expunction and
render this case without the necessity of filing the transcript, statement of facts, briefs or without making oral
arguments to the Court of Appeals. The motion is granted.

 Appellant's motion for leave for an extension of time to file the transcript and statement of
facts has been submitted and dismissed.

Before Justices Powers, Jones and Kidd

Reversed and Rendered on Joint Motion

Filed: May 22, 1997

Do Not Publish